UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | No. IP 04-74-CR-03-B/F |
| | ) | 1:06-cv-1393-SEB-VSS |
| | ) | |
| DRAMANE JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the defendant's motion for relief pursuant to 28 U.S.C. § 2255 is denied, that the defendant take nothing by his action docketed as No. 1:06-cv-1393-SEB-VSS, and that this action is now **dismissed.**

Date: 01/18/2007

_(signature)_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Dramane Johnson
No. 07549-028
FCI Elkton
P.O. Box 10
Lisbon, OH 44432

Office of the United States Attorney
10 West Market Street   Suite 2100
Indianapolis, IN   46204-3048